# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIGUEL GONZALES, ) | |
| ) | |
| Plaintiff, ) | Case Number: 14-cv-1140-MJR-DGW |
| ) | |
| v. ) | |
| ) | |
| HOME NURSERY, INC. ) | |
| ANN TOSOVSKY ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## JUDGMENT IN A CIVIL ACTION

**IT IS ORDERED AND ADJUDGED that** pursuant to the Order dated April 14, 2017 approving

FLSA Collective Action Settlement, this case is dismissed with prejudice.

Dated: April 17, 2017

                                                                                JUSTINE FLANAGAN, Acting Clerk of Court
                                                                                 s/ *Reid Hermann*
                                                                                  Deputy Clerk

Approved: *s/ Michael J. Reagan*
Michael J. Reagan, U.S. District Judge